IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-cv-54-BO

| | | |
|---|---|---|
| GARRY SANDERS, | ) | |
| Plaintiff, | ) | |
| v. | ) | O R D E R |
| | ) | |
| SONYA ALLEN, | ) | |
| Defendant. | ) | |

This cause comes before the Court on plaintiff's motion requesting that his case be heard. Plaintiff Garry Sanders, a recently released inmate, sued his trial counsel under 42 U.S.C. § 1983 claiming that she erroneously promised him that if he pleaded guilty to a federal offense, she would resolve other pending misdemeanor charges against him. On May 6, 2020, the Court adopted the Memorandum and Recommendation ("M&R") of Magistrate Judge Robert Numbers, who recommended that the case be dismissed for failure to state a claim. On May 14, 2020, plaintiff filed the instant motion demanding that the Court hear his case.

Plaintiff has not made any showing under Federal Rule of Civil Procedure 59(e) that the Court's judgment should be altered or amended. His motion [DE 8] is therefore DENIED.

SO ORDERED, this _29_ day of June, 2020.

TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE